UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Docket No. 09 Civ. 8473

SUSAN FLANNIGAN,                              :

              Plaintiff,             :

    - against -                                    :    **JUDGMENT**

VULCAN POWER GROUP, L.L.C.,                   :
AJAX CAPITAL, L.L.C.,
FORD F. GRAHAM, KEVIN C. DAVIS,               :
and VULCAN CAPITAL, L.L.C.,
                                             :
              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-29-14

       This cause came on for trial before a jury on October 20, 2014. Plaintiff, SUSAN FLANNIGAN, appeared in person and through her counsel of record. Defendant, FORD F. GRAHAM, appeared in person and through his counsel of record. Defendants, VULCAN POWER GROUP, L.L.C. and VULCAN CAPITAL, L.L.C., appeared through counsel of record. Defendant, AJAX CAPITAL, L.L.C., defaulted in appearance and has been adjudged liable by Default Judgment dated June 18, 2011.

       A jury was duly impaneled and sworn. Both the Plaintiff and the Defendants presented their evidence. After the close of all the evidence, the arguments of counsel, and the charge of the Court, the jury retired to deliberate. On October 24, 2014, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Plaintiff. The Court received the verdict of the jury and ordered it filed.

       IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, SUSAN FLANNIGAN, do have and recover of and from Defendants, FORD F. GRAHAM, VULCAN

POWER GROUP, L.L.C. and AJAX CAPITAL, L.L.C., jointly and severally, the sum of Seven Hundred Sixty-Six Thousand, Two Hundred and Forty Dollars ($766,240.00) in compensatory damages, with interest thereon at the legal rate of 9% per annum from December 9, 2004 until the date of this Judgment, together with interest on the total amount thereof at the rate of .11 % per annum from the date of this Judgment until paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, SUSAN FLANNIGAN, do have and recover of and from Defendants, FORD F. GRAHAM, VULCAN POWER GROUP, L.L.C. and AJAX CAPITAL, L.L.C., jointly and severally, the sum of One Hundred Ninety-One Thousand, Five Hundred and Sixty Dollars ($191,560.00) in liquidated damages pursuant to New York Labor Law Section 198(1-a), with interest thereon at the legal rate of 9% per annum from December 9, 2004 until the date of this Judgment, together with interest on the total amount thereof at the rate of .11 % per annum from the date of this Judgment until paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, SUSAN FLANNIGAN, do have and recover of and from Defendants, FORD F. GRAHAM, VULCAN POWER GROUP, L.L.C. and AJAX CAPITAL, L.L.C., jointly and severally, the sum of Three Hundred Thousand Dollars ($300,000.00) in compensatory damages pursuant to New York Labor Law Section 215, with interest thereon at the legal rate of 9% per annum from May 11, 2010 until the date of this Judgment, together with interest on the total amount thereof at the rate of .11 % per annum from the date of this Judgment until paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, SUSAN FLANNIGAN, do have and recover of and from Defendants, FORD F. GRAHAM, VULCAN

POWER GROUP, L.L.C. and AJAX CAPITAL, L.L.C., jointly and severally, the sum of Nine Hundred Thousand Dollars ($900,000.00) in exemplary damages pursuant to New York Labor Law Section 215, with interest thereon at the legal rate of 9% per annum from May 11, 2010 until the date of this Judgment, together with interest on the total amount thereof at the rate of .11 % per annum from the date of this Judgment until paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendants, FORD F. GRAHAM, VULCAN POWER GROUP, L.L.C. and AJAX CAPITAL, L.L.C., pay the costs of suit herein incurred, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that counsel for the Plaintiff recover their reasonable attorneys' fees in an amount to be determined by the Court by separate order.

SIGNED AND ENTERED this 29th day of October, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.

3