LEWIS & FORREY, LLC
David R. Forrey, Esq. (DF6660)
15 Chambers Street
Princeton, New Jersey 08542
(609) 924-0180

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

SUSAN FLANNIGAN,

        Plaintiff,

-against-

VULCAN POWER GROUP, LLC, AJAX CAPITAL, LLC, FORD F, GRAHAM and KEVIN C. DAVIS and VULCAN CAPITAL, LLC

        Defendants.

09-Civ. 8473

**SUBSTITUTION OF ATTORNEY**

IT IS HEREBY STIPULATED AND AGREED, that David R. Forrey, of Lewis & Forrey, LLC, withdraws as counsel for Ford Graham and witness, Katherine Graham, in the above-captioned matter and that they will represent themselves Pro Se with regard to post-judgment discovery demands, including but not limited to Subpoenas served upon them by counsel for plaintiff.

FORD GRAHAM, Pro Se

_____
Ford Graham

LEWIS & FORREY, LLC

_____
David Forrey, Esq.

KATHERINE GRAHAM, Pro Se

_____
Katherine Graham

c: May 3, 2017

Counsel's motion to withdraw (dkt. no. 208) is granted upon the consent of the clients. Defendants Vulcan Power Group, LLC, Ford Graham, Vulcan Capital, LLC, and witness, Katherine Graham, are cautioned that it is their responsibility to monitor the docket of this case and to keep the Court informed of their addresses.

SO ORDERED
5/26/17

_____
Loretta A. Preska
Senior U.S.D.J.

1