UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SUSAN FLANNIGAN,

             Plaintiff,

       v.

VULCAN POWER GROUP, LLC, AJAX
CAPITAL, LLC, FORD F. GRAHAM, KEVIN C.
DAVIS, and VULCAN CAPITAL, LLC,

             Defendants.
------------------------------------x

09 Civ. 8473 (LAP)

Order

LORETTA A. PRESKA, Senior United States District Judge:

    Upon Mr. and Mrs. Graham's appearance after their arrest on November 21, Plaintiff asked that the amount of the judgment be accelerated and be fully due immediately. Because the Grahams have failed to abide by their agreement to pay $4,000 per month, the entire amount of the judgment plus interest is accelerated and is immediately payable.

SO ORDERED.

Dated:    New York, New York
          November 22, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge