```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Susan Flannigan,              :
                              :
            Plaintiff,        :         09 CIV 8473 (LAP)
                              :
                              :         ORDER
         -against-            :
                              :
Vulcan Power Group, LLC, et al., :
                              :
            Defendant.        :
                              :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

       The defendant, Katherine Graham, Marshal Number 87502-054, shall be released from custody subject to any warrants or detainers.

Dated:  New York, New York
       November 27, 2019

*/s/ Loretta A. Preska*
LORETTA A. PRESKA,
Senior U.S.D.J.