UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SUSAN FLANNIGAN,

                                                                         09 Civ. 8473 (LAP)

    -against-

                                                                         ORDER

VULCAN POWER GROUP LLC et al.,

            Defendants.

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall submit supplemental briefing on the applicability of the automatic stay provision of the U.S. Bankruptcy Code, 11 U.S.C. § 362, to civil contempt proceedings. The parties have agreed that Defendants' brief will be due Friday, December 6, 2019, and Plaintiff's on Friday, December 13, 2019.

Dated:   New York, New York
          December 2, 2019

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge