```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SUSAN FLANNIGAN,                          :
                    Plaintiff,            :
                                          :    09 Civ. 8473 (LAP)
          v.                              :
                                          :
VULCAN POWER GROUP, LLC, AJAX             :    Order
CAPITAL, LLC, FORD F. GRAHAM, KEVIN C.    :
DAVIS, and VULCAN CAPITAL, LLC,           :
                                          :
                    Defendants.           :
------------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the parties' recent letters. (Dkt. nos. 344-347.)

First, because Defendant/Judgement-Debtor Ford Graham's bankruptcy petition was dismissed and Mr. Graham was denied a discharge pursuant to 11 U.S.C. § 727(a) by order of the Honorable Kathryn. C. Ferguson of the United States Bankruptcy Court for the District of New Jersey, the automatic stay has been terminated by operation of the law. Bankruptcy Code Section 362 (c)(2)(B). Accordingly, the stay previously imposed in this matter as a result of Mr. Graham's bankruptcy petition is lifted.

Accordingly, Mr. Graham shall respond no later than November 18, 2022 to the subpoena dated August 11, 2022 in this matter served on his counsel. Finally, by order of this Court dated July 3, 2019 (dkt. no. 281), Mr. Graham was directed to

pay Judgment-Creditor "$4,167 each month until the Judgment is fully discharged." As noted by Plaintiff/Judgment-Creditor's counsel, no such payments have been made. See dkt. no. 344 at 2. Mr. Graham is hereby ordered to make such payments beginning no later than November 14, 2022. Failure to make such payments may result in the imposition of sanctions, including fines and/or imprisonment.

SO ORDERED.

Dated:  New York, New York
        November 7, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge